Owen E. Abraham, Assignee, etc., of Charles E. Ball and Louis E. Whicher, Composing the Firm of Ball & Whicher, Appellant, v. The

American Exchange National Bank, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Scott, Dowling and Hotchkiss, JJ.